BOERSCH SHAPIRO LLP
Martha Boersch (CA State Bar No. 126569)
mboersch@boerschshapiro.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6640

Attorney for Defendant
PURVIS ELLIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PURVIS LAMAR ELLIS, DEANTE TERRANCE KINCAID, DAMIEN EDWARD MCDANIEL, and JOSEPH PENNYMON<br><br>Defendant. | Case No. CR13-00818 PJH<br><br>**DEFENDANT PURVIS LAMAR ELLIS'S NOTICE OF JOINDER IN MOTIONS AND RESERVATION OF RIGHT TO FILE ADDITIONAL MOTIONS**<br><br>Hearing Date: May 13, 2015<br><br>Hearing Time: 1:30 p.m.<br><br>Trial Date:  TBD |

TO:   UNITED STATES OF AMERICA, PLAINTIFF; AND MELINDA HAAG, UNITED STATES ATTORNEY; AND JOSEPH ALIOTO, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 13, 2015 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Phyllis Hamilton, United States District Judge, defendant Purvis Ellis, by and through his counsel of record, Martha Boersch, joins in the following motions filed by codefendants:

- Motion for Disclosure of Electronic Surveillance filed by Defendant Deante Terrance Kincaid.
- Motion for Bill of Particulars filed by Defendant Damien McDaniel;

1   ELLIS'S NOTICE OF JOINDER IN MOTIONS AND
RESERVATION OF RIGHT TO FILE ADDITIONAL
MOTIONS
Case No. CR13-00818 PJH

- Motion to Dismiss and/or for Bill of Particulars filed by Deante Kincaid;
- Motion to Suppress Evidence Seized from Illegal Search Conducted on Residential Curtilage.

Several of these motions were explicitly filed on behalf of all defendants, but in an abundance of caution and to remove any ambiguity, defendant Ellis submits this joinder.

Defendant Purvis Ellis also specifically reserves the right to file any additional motions that may be necessary as the discovery continues and as the case progresses.

Federal courts recognize the right to join in motions filed by other parties. *See*, *e.g.*, *Willis v. Pacific Maritime Ass'n*, C 95-4379, 1997 U.S. Dist. LEXIS 12249, at *6-7 (N.D. Cal. Aug. 10, 1997) ("It is a common occurrence for parties to join in the motions of other parties on the same side in a case," including in "criminal cases before this court," and while "no local or federal rule specifically provides for this practice, no obvious reason exists for prohibiting it. If the grounds stated in the motion are applicable to the joining party as well as the moving party, it would be wasteful for them to file separate motions."); *see also United States v. Wigglesworth*, CR 08-01376, 2009 U.S. Dist. LEXIS 128834, at *1 (D. Ariz. May 1, 2009) (granting a defendant's motion to join in codefendant's motion to suppress).

Respectfully submitted,

MARTHA BOERSCH

DATED: February 9, 2015         */s/ Martha Boersch*
                                MARTHA BOERSCH