**FILED**
JUN 11 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

of 6/6/18

CR. 13-818-PJH

Fee
NP

CJA
Appt.

Clerk of courts,

Hi, I am defendant McDaniel, Damien #19356-111 and I would kindly like to advise the Clerk of courts that this is a notice of appeal that I wish to file in the ninth Circuit and construe it as a notice of appeal. Thank you very much for your time and consideration.

Respectfully Submitted,

McDaniel, Damien
#19356-111