Damien McDaniel 19356-111
United States Penitentiary Victorville
P.O Box 3900
Adelanto, CA 92301

Clerk of Courts
1301 Clay St., Suite 400 S
Oakland, CA 94612-5212

SN BERNARDINO CA 924
09 JUN 2018 PM 4 L

