UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>DAMIEN EDWARD MCDANIEL,<br>　　　　　Defendant. | Case No. 13-cr-00818-PJH-3<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 502 |

　　　　The defendant in the above-captioned case has filed a pro se motion for compassionate release. See Dkt. 502. Pursuant to this court's Miscellaneous Order 2019.01.25, defendant's motion was referred to the Federal Public Defender, who had 21 days to decide whether to assume representation of the defendant.

　　　　The Federal Public Defender has filed a statement indicating that "it does not intend to assume representation of the defendant" and, "[i]n so doing, the FPD takes no position on the defendant's motion." See Dkt. 508.

　　　　There is no Sixth Amendment right to counsel with respect to a motion under 18 U.S.C. § 3582(c). United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996). Nor is there a statutory right to counsel in connection with a motion brought under 18 U.S.C. § 3582(c). "A person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance ... through appeal, including ancillary matters appropriate to the proceedings." 18 U.S.C. 3006A(c). A motion brought under 18 U.S.C. § 3582(c) does not constitute an "ancillary matter[ ]" requiring counsel to be appointed. See, e.g., United States v. Whitebird, 55 F.3d 1007 (5th Cir. 1995).

Because defendant is not entitled to appointed counsel for purposes of filing a motion brought under 18 U.S.C. § 3582(c), the court will allow defendant's pro se motion to go forward.

The court sets the following briefing deadlines on defendant's motion for reduction of sentence as follows: the government shall file an opposition, stipulation, or status report by **June 9, 2022**, the Probation Office shall file a response by **June 9, 2022**, and defendant may file a reply brief seven days after the government's response is filed. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated: May 25, 2022

        /s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge