UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-00818-PJH-3 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DIRECTING GOVERNMENT TO SERVE OPPOSITION BRIEF ON DEFENDANT** |
| DAMIEN EDWARD MCDANIEL, | |
| Defendant. | Re: Dkt. No. 512 |

Before the court is defendant's pro se motion for compassionate release. See Dkt. 502. The government has filed an opposition to defendant's motion. See Dkt. 512. However, the government did not submit a proof of service showing that a copy of the opposition brief had been served on defendant. Accordingly, the government is directed to serve a copy of the opposition brief on defendant by regular mail, and to file a proof of service on the court's docket by **July 8, 2022**. Defendant shall then have fourteen (14) days from the date of service to file a reply brief.

If the government has already served a copy of the opposition brief on defendant, it may file a proof of service indicating the date on which it was served.

**IT IS SO ORDERED.**

Dated: July 7, 2022

                            /s/ *Phyllis J. Hamilton*
                            PHYLLIS J. HAMILTON
                            United States District Judge