United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DAMIEN EDWARD MCDANIEL,
Defendant.

Case No. 13-cr-00818-PJH-3

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR REDUCTION OF SENTENCE**

Re: Dkt. No. 616

The defendant in the above-captioned case filed a pro se motion for reduction of sentence on June 9, 2026. See Dkt. 616. Pursuant to this court's Miscellaneous Order 2019.01.25, defendant's motion was referred to the Federal Public Defender, who had 21 days to decide whether to assume representation of the defendant. The 21 days have now passed, and the Federal Public Defender has not filed a statement indicating its intent to represent defendant for purposes of this motion.

As the court stated in its order denying defendant's request to appoint counsel (Dkt. 615), there is no Sixth Amendment right to counsel with respect to a motion under 18 U.S.C. § 3582(c). United States v. Townsend, 98 F.3d 510, 512-513 (9th Cir. 1996). Nor is there a statutory right to counsel in connection with a motion brought under 18 U.S.C. § 3582(c). "A person for whom counsel is appointed shall be represented at every stage of the proceedings from his initial appearance ... through appeal, including ancillary matters appropriate to the proceedings." 18 U.S.C. 3006A(c). A motion brought under 18 U.S.C. § 3582(c) does not constitute an "ancillary matter[ ]" requiring counsel to be appointed. See, e.g., United States v. Whitebird, 55 F.3d 1007 (5th Cir. 1995).

United States District Court
Northern District of California

Because defendant is not entitled to appointed counsel for purposes of filing a motion brought under 18 U.S.C. § 3582(c), the court will allow defendant's pro se motion to go forward.

The court sets the following briefing deadlines on defendant's motion for reduction of sentence as follows: the government shall file an opposition or status report by **August 28, 2026**, the Probation Office shall file a response by **August 28, 2026**, and defendant may file a reply brief seven days after the government's response is filed and served upon the defendant. The government shall file a proof of service showing that its opposition brief was served upon defendant. The motion will thereafter be submitted on the papers.

**IT IS SO ORDERED.**

Dated: August 13, 2026

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge