United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DAMIEN EDWARD MCDANIEL,
Defendant.

Case No. 13-cr-00818-PJH-3

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 616, 617, 618

Defendant in the above-captioned case has filed a pro se motion for reduction of sentence. See Dkt. 616. Following the motion, the court issued an order setting a briefing schedule. See Dkt. 617. The government was directed to file an opposition or status report by August 28, 2026. See id.

The August 28 deadline came and went without any filing by the government. Defendant filed a letter noting that the government did not file an opposition, and asking that his motion be granted. See Dkt. 618.

The court hereby ORDERS the government to SHOW CAUSE as to why defendant's motion for reduction of sentence should not be granted. The government shall have until **October 16, 2026** to file a response.

**IT IS SO ORDERED.**

Dated: October 2, 2026

*/s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge